UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

RICKY RABIDEAU,

                    Plaintiff,

v.                                            2:25-cv-00812-wks

FRANK BISIGNANO,
Commissioner of Social Security,

                    Defendant.

## ORDER

Upon consideration of Ricky Rabideau's Second Consent Motion for Extension of Time, and for good cause shown, it is ORDERED that the briefing schedule in this matter is hereby amended to allow Plaintiff up to and including June 26, 2026, to file Plaintiff's Brief. All other deadlines are extended accordingly.

SO ORDERED, June 8, 2026.

                                          /s/ William K. Sessions III
                                          Honorable William K. Sessions III
                                          United States District Judge